# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SONIA BUCHANAN,

        **Plaintiff,**

-vs-                                                  Case No. 6:05-cv-1480-Orl-31KRS

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. No. 6) filed February 24, 2006. On April 18, 2006, the United States Magistrate Judge issued a report (Doc. No. 8) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    That the Defendant's Motion to Dismiss or in the alternative Motion for Summary Judgment is **GRANTED** and this case is **DISMISSED**.

    3.    The Clerk is **DIRECTED** to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 17, 2006.

                                                                             GREGORY A. PRESNELL
                                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party